20 So.2d 892

**Jimmie CRUMMIE v. STATE.**

6 Div. 162.

Court of Appeals of Alabama.
Dec. 12, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

CARR, Judge.
Appeal dismissed, motion of appellant.

15 So.2d 922

**John CUMMINS, alias Cummings, v. STATE.**

4 Div. 827.

Court of Appeals of Alabama.
Nov. 23, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Affirmed.

18 So.2d 115

**Olin DANIEL v. STATE.**

8 Div. 383.

Court of Appeals of Alabama.
Feb. 22, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

20 So.2d 892

**Jess DARTY v. STATE.**

8 Div. 460.

Court of Appeals of Alabama.
Jan. 23, 1945.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

18 So.2d 880

**Henry DAVIS v. STATE.**

6 Div. 65.

Court of Appeals of Alabama.
May 9, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

SIMPSON, Judge.
Appeal dismissed.

11 So.2d 879

**Sol DAVIS v. STATE.**

6 Div. 914.

Court of Appeals of Alabama.
Feb. 2, 1943.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.